UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**KRISTIN TIEDE, AN INDIVIDUAL;**

*Plaintiff,*

v.                                                                               Case No. 5:23-CV-00907-JKP

**SUNBEAM PRODUCTS INC., A FLORIDA CORPORATION;**

*Defendant.*

# FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court has granted the Motion for Summary Judgment filed by Defendant as to Plaintiff's causes of action. Because the Court has now dismissed all causes of action against Defendant, it issues this Final Judgment pursuant to Fed. R. Civ. P. 58 and **DISMISSES** this action with prejudice. Plaintiff takes nothing from her causes of action against Defendant.

It is so ORDERED.
SIGNED this 20th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE